USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
                -against-                :       03-CR-631 (VEC)
                                         :
JOSE CASAS,                              :       ORDER
                                         :
                         Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 29, 2021, Mr. Casas filed a motion for clarification of judgment and/or a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, *see* Petition, Dkt. 42; and

WHEREAS the Court construes Mr. Casas's motion as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255;

IT IS HEREBY ORDERED that the Clerk of Court is directed to open a parallel civil case for Mr. Casas's habeas petition. The document at 03-CR-631, Dkt. 42, should be docketed as docket entry 1 in the new civil case.

**SO ORDERED.**

Date:   October 8, 2021                              _____
        New York, NY                                 **VALERIE CAPRONI**
                                                     **United States District Judge**